In the Matter of CRAIG JOOSTEN, SR., Appellant, v CAROL JOOSTEN, Also Known as CAROL BOOTHE, Respondent.

Submitted November 20, 2006; decided January 11, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

MAUHOI TUNG, Appellant, v HENRY CHIU, D.D.S., Doing Business as MOTT STREET DENTAL SERVICES, P.C., Respondent.

Submitted December 4, 2006; decided January 11, 2007

Motion for reargument of motion for leave to appeal denied [see 7 NY3d 861].

MURIEL SIEBERT & Co., INC., Appellant, v INTUIT INC., Respondent.

Submitted January 8, 2007; decided January 11, 2007

Motion by the Association of the Bar of the City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

P & N TIFFANY PROPERTIES, INC., Appellant, v VILLAGE OF TUCKAHOE, Respondent.

Submitted January 8, 2007; decided January 11, 2007

Motion by Vivian L. Hausch to withdraw as counsel for appellant on the appeal herein granted.